# UNITED STATES DISTRICT COURT

for

Western District of Wisconsin

U.S.A. vs.   Isaiah Phillips                       Docket No. 22-cr-112-jdp-3

## Petition for Action on Conditions of Pretrial Release

COMES NOW   Michael W. Sutor  , pretrial services/probation officer, presenting an official report upon the conduct of defendant   Isaiah Phillips  , who was placed under pretrial release supervision by the Honorable   Stephen L. Crocker  , sitting in the court at   Madison, Wisconsin   on the   2nd   date of   November  ,   2022   under the following conditions:

**Condition No. 9:** This court has a zero-tolerance policy for drug use by criminal defendants released on conditions. Violation of any condition of release or of any other direction or instruction given by Pretrial Services relating to drugs or drug use shall result in return to court for a hearing on the modification or revocation of conditions of release.

**Condition No. 18:** Defendant shall not use, possess, buy or sell any illicit or narcotic drugs or any other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner with the knowledge or Pretrial Services. Defendant shall not use methadone or obtain a prescription for methadone.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 2, 2022, the defendant was placed on conditions of pretrial release which included that he refrains from using drugs. On the same date, he was referred to ATTIC Correctional Services (ATTIC) for ongoing drug testing and to complete a substance abuse evaluation in accordance with Your Honor's imposed special conditions numbers 19 and 20. The defendant is to contact ATTIC daily to inquire if he has been selected for a random drug test. If selected, he must report to the drug testing facility on the same date to provide a sample for testing.

On November 14, 2022, the defendant was subjected to his first drug test which yielded positive results for THC which were confirmed by the laboratory. His next test on November 21, 2022, also yielded positive results for THC which were confirmed by the laboratory. Before submitting a sample on November 21, 2022, the defendant admitted to using marijuana on November 15, 2022, the day after his initial drug test. His third test on November 29, 2022, yielded negative results. However, on December 9, 2022, the defendant's sample yielded positive results for THC which were confirmed by the laboratory.

On November 8, 2022, the defendant completed a substance abuse assessment with ATTIC and was recommended to participate in intensive outpatient weekly counseling sessions. It was also recommended that the defendant attend and establish mental health treatment. Since completing his substance abuse assessment, the defendant has been attending substance abuse treatment weekly. The defendant was also ordered to special condition number 26, which is to participate in a mental health assessment, treatment, and counseling as approved and directed by Pretrial Services. On November 2, 2022, the defendant was referred to WPF2 LLC for a mental health assessment. He is currently scheduled to complete the assessment on December 27, 2022.

Because the defendant is currently attending substance abuse treatment and will be attending mental health treatment soon, detention or modification of his conditions is not recommended at this time. He will continue to be monitored and randomly drug tested. If the defendant continues to have positive drug tests or fails to participate in either substance abuse or mental health treatment, Your Honor will be promptly notified.

PRAYING THAT THE COURT WILL ORDER no action be taken at this time.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 28TH day of DECEMBER, 20 22 and ordered filed and made a part of the records in the above case. | Executed on _____ |
| _____ U.S. ~~District Judge~~/Magistrate Judge | /s/ Michael W. Sutor U.S. Pretrial Services/Probation Officer |
| | Place     Madison, Wisconsin |