**CHRISTOPHER T. VAN WAGNER**
**110 EAST MAIN STREET, SUITE 705**
**MADISON, WISCONSIN 53703**
**(608) 284-1200 FAX (608) 284-1260**

www.vanwagnerlaw.com                                                                                  chris@chrisvanwagner.com

June 5, 2023

Honorable James D. Peterson,
   U.S. District Judge
United States Courthouse
120 N. Henry Street, 5th Floor
Madison, Wisconsin 53703

      Re:    United States v. Isaiah Phillips (Case No. 22-CR-112-JDP-3)

Dear Judge Peterson:

      This matter is set for sentencing before you on Wednesday, June 7th at 10 am. With this cover letter I submit a handful of letters for your consideration at sentencing of this very young man. They are from the following people close to Isaiah:

1. Ms. Becky Kundert, Elementary School Principal (1 pp).
2. Mr. Jeff Patterson, family friend and local business owner (1 pp).
3. Gabrielle Phillips, mother of Isaiah (2 pp).
4. Carita Phillips, grandmother of Isaiah (1 pp).
5. Gregory W.D. Phillips, grandfather of Isaiah (2 pp).

      Thank you for consideration of these thoughts as you make your sentencing decision.

Respectfully submitted,

*/s/ (electronically signed)*

Christopher T. Van Wagner

Attachments

cc:    AUSA Kathryn Ginsberg (w/atts) (via ecf)

---

***CRIMINAL TRIAL LAWYER***

**FEDERAL & STATE CRIMES**          **DRUNK DRIVING**          **FELONIES & MISDEMEANORS**