# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 6/7/2023   DAY: Wednesday   START TIME: 10:08 AM   END TIME: 10:40 AM
JUDGE/MAG.: jdp   CLERK: acd   REPORTER: jld
PROBATION OFFICER: J. Koch   INTERPRETER: _____   SWORN: YES
CASE NUMBER: 22-cr-112-jdp-3   CASE NAME: USA v. Phillips, Isaiah

**APPEARANCES:**
AUSA: Kathryn Ginsberg   DEFENDANT ATTY.: Christopher T. Van Wagner

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 17   CRIMINAL HISTORY CATEGORY: I
ADVISORY GUIDELINE IMPRISONMENT RANGE: 24 to 30 MONTHS.

**SENTENCE:**
COUNT(S) See Below : ☒ INDICTMENT   ☐ INFORMATION
CBOP CT. ___; ___ MOS.; ___ YRS. S/R; $___ CA; $___ REST.; $___ FINE.
     CT. ___; ___ MOS.; ___ YRS. S/R; $___ CA; $___ REST.; $___ FINE.
☐ VOLUNTARY SURRENDER: ___ between ___ and ___;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
CBOP Count 8: 60 days; 3 Yrs. S/R; $100 CA

TOTAL COURT TIME: 32"