AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>Isaiah Phillips<br><br>*Defendant* | ) ) ) Case No. 0758 3:22CR00112-3<br>) )<br>) )<br>) ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Isaiah Phillips,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violations of pretrial release

Date: 5/23/2023

City and state: Madison, WI

/s/ L. Miller, Deputy Clerk
*Issuing officer's signature*

L. Miller, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/23/23, and the person was arrested on *(date)* 6/7/23
at *(city and state)* Madison, WI.

Date: 6/7/23

*Arresting officer's signature*

Marcus Collins, DUSM
*Printed name and title*